JONES & MAYER
James R. Touchstone, Esq., SBN 184584
G. Ross Trindle, III, Esq., SBN 228654
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
Email: jrt@jones-mayer.com; grt@jones-mayer.com

Attorneys for Defendant City of Costa Mesa

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWSTONE WOMEN'S FIRST STEP HOUSE, INC., and SOBER LIVING NETWORK, INC., | Case No: SACV14-01852 JVS (JCGx) |
| Plaintiffs, | JOINT STATUS REPORT |
| vs. | Date: May 5, 2016 |
| CITY OF COSTA MESA, | Next Report Due By: |
| Defendant. | September 2, 2016 |

## JOINT STATUS REPORT

Pursuant to Order of the Court, dated January 22, 2016 (ECF 77), the parties hereby submit this Joint Status Report.

1. Defendant City of Costa Mesa reports as follows:

   a. On April 4, 2016, the City Attorney for the City of Costa Mesa issued a report during the regularly scheduled meeting of the City Council concerning action taken by the City Council in Closed Session regarding a tentative agreement to settle *Solid Landings Behavioral Health, et al. v. City of Costa Mesa* (district court case no. SACV14-01838 JVS (JCGx); appellate case no. 15-55779) (*Solid Landings*) and a related state case (*Solid Landings Behavioral*

*Health, et al v. City of Costa Mesa*, case no. 30-2015-00915218-CU-WM-CJC) (State Case). The State Case includes a Cross-Complaint by the City for abatement of a nuisance (Abatement).

   b. On April 18, 2016, a fully executed settlement agreement was circulated among legal counsel for the parties in all *Solid Landings* matters. Per the terms of the settlement agreement, a number of conditions must be met, including dismissal of all involved legal actions.

   c. Specifically, Paragraph 6 of the settlement agreement provides: "<u>Mutual Dismissal of the Actions</u>. The City agrees to promptly file and serve a dismissal with prejudice of the Abatement as to Solid Landings after the City receives a fully executed copy of this Agreement, including any and all original signatures of every Party to this Agreement. The parties will jointly file a stipulated request to dismiss the Federal Case with prejudice. Solid Landings agrees to promptly file and serve a dismissal with prejudice of the State Action after the [sic] Solid Landings receives a fully executed copy of this Agreement, including any and all signatures of every Party to this Agreement."

   d. The mutual dismissal of actions required under Paragraph 6 of the settlement agreement are in the process of being carried out. However, as of the date of this report, not all of the dismissals have been filed, including the dismissal related to the *Solid Landings* matter on appeal in which the Ninth Circuit issued an injunction, and upon which this Court relied in issuing a stay of the current action. It is anticipated that all of the requirements of Paragraph 6 of the settlement agreement will be completed within the next thirty (30) days, after which it is anticipated that the Ninth Circuit will dissolve the current injunction and the appeal will be dismissed.

///

///

///

2. Joint request of the parties. Based on the representations made by the City, the parties request that the Court order the parties to submit an updated joint status report on June 16, 2016.

Respectfully submitted:

Dated: May 3, 2016         JONES & MAYER

By: /s/James R. Touchstone
    James R. Touchstone
    G. Ross Trindle, III
    Attorneys for City of Costa Mesa

Dated: May 3, 2016         BRANCART & BRANCART

By: /s/Christopher Brancart
    Christopher Brancart
    Attorneys for Plaintiffs, Yellowstone Women's First Step House, Inc., Sober Living Network, Inc., and California Women's Recovery, Inc.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing:

By: /s/G. Ross Trindle, III
    James R. Touchstone
    G. Ross Trindle, III
    Attorneys for Defendant,
    City of Costa Mesa

JOINT STATUS REPORT