## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-01852 JVS (JCGx) | Date | June 12, 2018 |
|---|---|---|---|

| Title | Yellowstone Womens First Step House, Inc., et al. v. City of Costa Mesa |
|---|---|

Present: The Honorable     James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS )  Order for Additional Briefing re Motions for Summary Judgment and Partial Summary Judgment**

In light of the arguments at the hearing on the motion, the Court requests that Yellowstone Women's First Step House, Inc. ("Yellowstone") provide supplemental briefing and evidence on the question of whether the total number of recovery beds decreased after the adoption of Ordinance 14-13. Exhibit 8 to Plaintiffs' Request for Judicial Notice provides some information on the question, but the time period during which the closures of the listed facilities occurred is not apparent from the face of the document. Yellowstone shall file the requested briefing within seven days. The briefing shall not exceed 8 pages.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kjt | |