UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 14-01852 JVS (JCGx) | Date September 10, 2018 |
| Title Yellowstone Womens First Step House, Inc., et al. v. City of Costa Mesa | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS )**
**Order Denying Plaintiff's Motion for Partial Summary Judgment**

Plaintiff Sober Living Network, Inc. ("SLN") filed a motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Mot., Docket No. 232. Defendant City of Costa Mesa filed an opposition. Opp'n, Docket No. 241. SLN replied. Reply, Docket No. 249.

Local Rule 7-3 requires that the parties meet and confer "at least seven (7) days prior to the filing of the motion." If the parties cannot resolve the issue, then the counsel for the moving party must include in the notice of motion the following statement: "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." Id.

Here, SLN states: "This Motion is made following the conference of counsel pursuant to LR 7-3." Notice of Motion, Docket No. 232 at 2. However, SLN fails to identify the date on which it met and conferred with opposing counsel to discuss the substance of this motion. Thus, the Court cannot determine whether the parties met and conferred at least seven days prior to the filing of this motion on July 27, 2018.

Accordingly, the Court **denies** SLN's motion without prejudice. The motion may be re-noticed with a showing of compliance with Local Rule 7-3. The Court vacates the September 17, 2018 hearing date. See Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

**IT IS SO ORDERED.**

| | 0 : 00 |
|---|---|
| Initials of Preparer | kjt |