Jennifer L. Keller, SBN 84412
jkeller@kelleranderle.com
Michael A. Schachter, SBN 298610
mschachter@kelleranderle.com
Anand R. Sambhwani, SBN 317295
asambhwani@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
T: (949) 476-8700
F: (949) 476-0900

James R. Touchstone, SBN 184584
jrt@jones-mayer.com
Bruce A. Lindsay, SBN 102794
bal@jones-mayer.com
Monica Choi Arredondo, SBN 215847
mca@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
T: (714) 446-1400 - F: (714) 446-1448

*Attorneys for Defendant*,
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWSTONE WOMEN'S FIRST STEP HOUSE, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COSTA MESA,<br><br>Defendant. | Case No. 8:14-cv-01852-JVS-JDE<br><br>*The Hon. James V. Selna*<br><br>**FINAL JUDGMENT**<br><br>Trial Date: November 6, 2018 |

| | |
|---|---|
| 1 | This action was tried before a jury and the Court, the Honorable James V. Selna presiding, between November 6, 2018 and December 7, 2018. |
| 2 | |

This action was tried before a jury and the Court, the Honorable James V. Selna presiding, between November 6, 2018 and December 7, 2018.

On December 7, 2018, the jury returned a verdict in favor of Defendant City of Costa Mesa on Plaintiffs Yellowstone Women's First Step House, Inc., California Women's Recovery, Inc., and Sober Living Network's claims under the federal Fair Housing Act, California Fair Employment and Housing Act, and Fourth Amendment. (Dkt. No. 509.) The jury also returned an advisory verdict in the City's favor on Yellowstone's claim under California Government Code § 65008. (*Id.* at 8.)

On July 16, 2019, the Court issued an order in the City's favor on Yellowstone's claim under California Government Code § 65008, making findings of fact and conclusions of law. (Dkt. No. 539.)

Accordingly, the Court ORDERS that judgment be entered in the City's favor on each and all of Plaintiffs' claims, and that Plaintiffs take nothing on their complaint. The Court FURTHER ORDERS that the City is the prevailing party entitled to costs under Federal Rule of Civil Procedure 54, taxed in a sum to be determined.

Dated: July 31, 2019

_____
The Honorable James V. Selna
United States District Court Judge